

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Clinical Pathology Laboratories Inc., | § | No. 08-19-00067-CV |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| Juan Polo, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2018DCV2966) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **June 20, 2019.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Mark C. Walker, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before June 20, 2019.

IT IS SO ORDERED this 7th day of June, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.